Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

2020 DEC 10 P 4: 19

U.S. DISTRICT COURT
N.D. OF ALABAMA

Edward Rancher
*Plaintiff*,
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

Hubbell Power Systems
Union Rep. Jacoby Toodle
Kiara, 2 Temps
Tom Quinny, Jennifer Jones

*Defendant(s)*,
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)*

John Barnard

Case No.: 2:20-CV-1983-ACA
*(to be filled in by the Clerk's Office)*

JURY TRIAL ☐ Yes   ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.   The Parties to This Complaint**

   **A.   The Plaintiff**

   Name: Edward Rancher
   Street Address: 857 Torrey Pines Cir
   City and County: Birmingham, AL 35215
   State and Zip Code:
   Telephone Number: (205) 478-7495
   E-mail Address *(if known)*: ERancher41@gmail.com (erancher41@gmail.com)

   ☑ Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.

12-9-2020
Date

Edward Rancher
Participant Signature

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## II. Basis for Jurisdiction

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Jacoby Toodle
- Job or Title *(if known)*: Committeeman
- Street Address: Hubbell Power Systems
- City and County: 1651 Moores Street
- State and Zip Code: Leeds, AL 35094
- Telephone Number: 205-702-3108
- E-mail Address *(if known)*: Unknown

Defendant No. 2
- Name: Tom Quinn
- Job or Title *(if known)*: Plant Manager
- Street Address: Hubbell Power Systems
- City and County: 1651 Moores Street
- State and Zip Code: Leeds, AL 35094
- Telephone Number: 205-702-3108
- E-mail Address *(if known)*: Unknown

Defendant No. 3
- Name: Jennifer Jones
- Job or Title *(if known)*: Human Resources Manager
- Street Address: Hubbell Power Systems
- City and County: 1651 Moores Street
- State and Zip Code: Leeds, AL 35094
- Telephone Number: (205) 702-3108
- E-mail Address *(if known)*: Unknown

Page 2 of 7

* Defendant #5 Kiara "Unknown"
Co-worker
Hubbell Power Systems (205) 702-3108
1651 Moores Street
Leeds, AL 35094, Email Unknown

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

Defendant No. 4

Name: John Barnard
Job or Title (if known): Supervisor
Street Address: Hubbell power systems
City and County: 1651 Moores street
State and Zip Code: Leed, AL 35094
Telephone Number: (205) 702-3108
E-mail Address (if known): Unknown

C. Place of Employment *I don't know Noues* and the temp's who conspired saying I said something of sexual nature

The address at which I sought employment or was employed by the defendant(s) is:

Name: Hubbell power systems
Street Address: 1651 Moores street
City and County: Leed
State and Zip Code: AL 35094
Telephone Number: (205) 702-3108

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to (check all that apply):

 Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)

 Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*: __Not aware (N/A)__

    Relevant state law *(specify, if known)*: __Not aware (N/A)__

    Relevant city or county law *(specify, if known)*: __just happen__

## III. Statement of Claim

just say what

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me
- [x] Termination of my employment
- [x] Failure to promote me
- [ ] Failure to accommodate my disability
- [ ] Unequal terms and conditions of my employment
- [x] Retaliation
- [x] Other acts *(specify)*: __Union Rep.'s misrepresentation, nepotism and misleading employee, Not obtaining written documentation__

    *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

B. It is my best recollection that the alleged discriminatory acts occurred on date(s): 03/2020 hired a younger employee & promoted me only after I filed a grievance, then demoted me, from end of July to last day of employment 08/20/20; was being falsely accused of something, but I was never told, nor given/seen any written information anything. I had to write a Letter to protect myself.

C. I believe that defendant(s) (check one):
☒ is/are still committing these acts against me
☐ is/are not still committing these acts against me

D. Defendant(s) discriminated against me based on my (check all that apply and explain):

☒ race — racism (race) from white employees
☒ color — we are both of same race
☒ gender/sex — They preferred a Female
☐ religion
☐ national origin
☒ age (year of birth) 1968, I am older than person promoted
(only when asserting a claim of age discrimination)
☐ disability or perceived disability (specify disability) N/A

E. The facts of my case are as follows. Attach additional pages if needed. My 1st EEOC charge # 420-2020-02925 09/09/2020 under race and color, daily have deal with a white male employee (who told me to kiss his ass) to cause me to get out character, he oops this togod you written up or fired. I am of the same color as Kiara, when she was demoted 05/2020, along with black male Union Rep. Conspired to get rid of me, from 05/2020 to 08/2020, along with Temps, and other whites in Human Resources, who never told me, what I was falsely accused of regarding Sexual Harassment, they promoted younger person for the Lead Position.

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

✓ * under wrongful termination and retaliation.

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

### IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: __09/01/2020 and 12/09/2020 (Inquiry # 420-2021-00590__

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter

☒ issued a Notice of Right to Sue letter, which I received on *(date)*: __after their (09/22/2020) date stamp on the letter, the 1st week of October 2020__

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question:

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed

☒ less than 60 days have elapsed

### V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Awaiting legal guidance, to give an amount for punitive or exemplary damages (Amounts) or damages claimed; Unable to give amounts of actual damages, Claimed for the acts alleged, and the basis for these amounts to date, Until up on the legal counsel I will have; will discuss this area with them then, and for them to provide this back to the Courts, at that time. I will request the Maximum Maximum. *See attached Info* Marked/titled relief. dated Wed., 12/08/2020

## VI. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: 12-9-2020

Signature of Plaintiff: Edward Rancher
Printed Name of Plaintiff: Edward Rancher

### B. For Attorneys

Date of Signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Tuesday, December 08, 2020

Edward Rancher
857 Torrey Pine Circle
Birmingham, AL 35215
contact #205-478-7495

EEOC
Attn: Richard Musgrave, EEOC Investigator
Birmingham District Office
Ridge Park Place
1130 22nd Street South
Birmingham, AL 35205
Investigator #205-651-7014
Main Office #800-669-4000
email: RICHARD.MUSGRAVE@EEOC.GOV

Ref: EEOC Charge #420-2020-02925 Edward Rancher verses Hubbell Power Systems; I want this documented on my first EEOC Charge, I will go back out start a 2nd Charge this is also Age Discrimination, and start a add/correct to my Charge to include Age Discrimination, and other; Unions (Union Rep.'s mis-representing and misleading employees/neoptism); written communication to me regarding why my case was not investigated with that provided in writing to me also, even after I was sent the Right to Sue?
nd
To Whom This Should Concerns;

This addendum, and communications is in reference to my case not being investigated by EEOC. I am being informed after talking to Legal Counsel, (Attorneys telling me "EEOC assigned little merit to the Charge, and did little or no investigation". "I do not see where leg work has been done one the EEOC side". I have contacted the Investigator from November to present, when I received a telephone respond, and not any written letter nor email, after the conversation recently, sayng what thte Investigator told me by phone, when I asked was my Charge investigated, this is part of the conversation with Richard W. Musgrave

FROM EEOC COMPLAINT FILED 09/22/2020; I WENT BACK & FORTH ADDING INFORMATION SENDING TO RICHARD W. MUSGRAVE

I CALLED RICHARD (INVESTIGATOR) FIND OUT ABOUT THE ACTUAL DATE MY EEOC CHARGE EXPIRES (THEY JUST TOLD ME 90 DAYS, 09/22/2020), NOT AN ACTUAL DATE)

EDWARD;
MY CONVERSATION WITH RICHARD, HE SAID GO TO COURTHOUSE FILE CHARGES IN FEDERAL COURT, CHARGE WILL EXPIRE IN 90 DAYS WITH EEOC, BUT YOUR CASE WILL BE GOOD THROUGH THE FEDERAL COURT SYSTEM; WHEN I CALLED THE INVESTIGATOR TO INQUIRY HOW CAN I GO BACK IN AND ADD AGE DISCRIMINATIOIN TO MY CHARGE, RICHARD SAID I WOULD HAVE TO GO IN & FILE A NEW CHARGE, WILL TAKE 180 DAYS, YOU CAN DO THAT, THAT'S UP TO YOU (THE FIRST CHARGE ALREADY ADMITTED TO THE SYSTEM). THEN I INQUIRED ABOUT HAS SOMEONE WENT OUT TO HUBBELL TO INVESTIGATE MY CHARGES BECAUSE ATTORNEYS I HAVE BEEN TALKING TO AFTER I PROVIDED THEM WITH MY EEOC CHARGE INFORMATION I RECEIVED FROM EEOC, THEY QUESTIONED WHY DID EEOC NOT INCLUDE ANY WRITTEN COMMMUNICATION, THIS IS JUST (3) SHEETS OF PAPER, NOTHING ELSE THESE ATTORNEYS ASKING FOR THE INVESTIGATORS (DID SOMEONE GO OUT TO HUBBELL) I NEED

RESULTS FROM HUBBELL OR EEOC INDICATING WHAT WAS DONE, THEY SAID, A REFUSAL OR RESPONSE, NOT NOTHING ( THE ATTORNEYS KEPT ASKING ME WHEN IT WAS THE INVESTIAGTION DONE, DATES/TIME/WHAT DAY), MR. RANCHER, I NEED FROM EEOC WHEN THEY WENT OUT, THE DATES, TIME, WHO THEY TALKED TO, SUCH AS IF HUBBELL SLAMMED THE DOOR IN EEOC FACE, HUBBELL DEMANDED THAT EEOC GET OF THEIR PROPERTY, WHEN EEOC CALLED HUBBELL THEY HUNG UP ON THEM, EEOC SAID THEY SENT CERTIFIED MAIL TO HUBBELL AND TO DATE NO ONE HAS SIGNED AND RETURNED THE CERTIFIED CARD YET. MR. RANCHER HAS HUBBLE GIVEN YOU, YOUR WRITTEN TERMINATION NOTICE, YOU REQUESTED. (SO TO DATE STILL NO ONE HAS PROVIDED  WITH NO WRITTEN INFORMATION, NO). NOTHING ADDITIONAL ENCLOSED THE ATTORNEYS SAID THEY MUST HAVE A WRITTEN RESPONSE FROM HUBBELL AND/OR EEOC. NOW THAT EEOC INVESTIGATOR IS VERBALLY INFORMING YOU, THEY DID NOT GO OUT, DUE TO COVID-19, MR. RANCHER THAT INFORMATION SHOULD HAVE BEEN PROVIDED TO YOU, AFTER YOUR CONVERSATION WITH MR. MUSGRAVE,  SAYING DUE TO COVID-19 & THE NATURE OF MY CASE, SOMEONE ELSE AT THE PLANT WOULD HAVE HAD THE SAME CHARGES AS YOU, (INORDER) OR FOR EEOC TO SEND SOMEONE OUT TO INVESTIGATE, (RICHARD SAID THEY DID NOT GO OUT BECAUSE OF COVID-19). I SAID HOW WOULD I KNOW OR SUPPOSE TO KNOW IF SOMEONE ELSE AT MY EMPLOYMENT WOULD HAVE THE SAME/SIMILIAR CASE AS MINE. RICHARD RESPONSE BACK TO ME,  "THEY DID NOT GO OUT BECAUSE OF COVID", I SAID MR. MUSGRAVE, OKAY THIS ALL I NEED IN WRITING FOR THE ATTORNEY. To date I have not received by mail nor email any written communication indicating this to me. Attorneys said all they need is a written something (response/reasons why my Charge was not investigated) from either party EEOC/Hubbell Power Systems?

I hope, EEOC does not expect me to just accept their findings, a non-investigation, or verbal by phone communication that is not even in writing for me to provide to any legal counsel; to this, adding more frustration to all this, as time passes; by just giving me The Right to Sue only, without any investigation being done from 09/09/2020 to present? Also online pertaining to EEOC My Status; it says; (Determination of no reasonable caused issued), what is this pertaining to, what are you saying to me, what does this mean, and I prefer all vebral communication also in writing regarding this addendum correspondence, and request what I need/is needed for my Charge/Case, Time is of the Essence.

Respectfully,

Edward Rancher   *Edward Rancher*

enclosure/downloads to the Investigator


U.S. Equal Employment Opportunity Commission

Welcome, ... Log Out

Filing with EEOC


Assessment > Inquiry > Schedule Interview > More Details > File Charge

**You have completed two of four required parts needed to officially file a charge of discrimination.**


File a Complaint


Online Inquiry


Schedule an Interview


Supplemental Information

## Inquiry Submitted

Your inquiry has been successfully submitted to EEOC. You should write down the following inquiry number **420-2021-00590** and refer to it when contacting the EEOC.

## Online Scheduling

You are now ready to schedule an interview with an EEOC representitive, and will be directed to the scheduling calendar of the appropiate office when you click "Schedule an Interview" below. You must schedule an interview, we will not take any action on your inquiry. Based on the information you provided. you can schedule an interview at the following office(s):

**My Cases** | **Schedule an Interview**

Technical Support | Accessibility Statement | Privacy Statement

From: Edward Rancher
To: Whom This Should Concern
Date: Thursday, 12/10/2020
Ref: ADDENDUM TO MY FIRST EEOC CHARGE NO#420-2020-02925, filed on 09/01/2020; I have spoken with the EEOC Investigator Richard W. Musgrave his phone #205-651-7014, regarding this also is a Age Discrimination case, he has informed me I would have to go back out on the EEOC website and start a new Charge, today I am starting a new claim to also be attached to my first claim. I have filed an Age Discrimination case, per-Advertisement, on Wednesday 12/09/2020, new EEOC inquirey#420-2021-00590

Filing for also; Age Discrimination, and Other; Unions (Union Rep.'s mis-representing and misleading employees/neoptism)

Age Discrimination; I was over looked at Hubbell Power Systems for the position of Lead Position. I am a 10 year trained, seasoned employee that is familiar with the daily day to day practices and processes at Hubbell. This position was given to a new younger female employee with less than 6 months on the job, at Hubbell. I filed a grievance for the position around May 2020. I was awarded for the position around July 2020. I was demoted, and put back to my ol position as a Forklift Driver, and was falsely accused of a he-say, she-say comment from 2 new Temp workers who came after the female was demoted, then Human Resources stating sexual harassment against me.

Union (International Association of Machinists and Areospace Workers, AFL-CIO, District Lodge 75, Local Lodge 291) through Hubbell Power Systems, Union rep.'s mis-represting and misleading employees/nepotism/preferrential treatment. No one spoke up for me on my behalf, nor obtained any written documentation regarding any complaint/charges against me regarding the he-say, she-say conversation that all the sudden was brought to my attention, because a male Temp all the sudden out of now where was talking to me, about a side chick, I responded saying to him, (I don't have to worry about a side chick, I have a wife and 2 kids); nor made sure Hubbell Power Systems provided me with any written termination to me, for my records; they allowed Hubbell to call me after I left the plant hours after I clocked out to tell me I was terminated, and do not report back on the property, per-Jennifer Jones.

These letters and documents are being scanned to Richard Musgrave email address at RICHARD.MUSGRAVE@EEOC.GOV. I am tryng to go back out on the EEOC website/portal to file another charge, Richard, how do I go back out there to file another Charge is the screen is shaded grey, I was trying to upload documents to you.

Respectfully,
*Edward Rancher* (signature)
Edward Rancher
cc:EEOC Richard Musgrave, United States District Court

Relief, page 6 of 7
Please attach to United States District Court for case
#_____
Plaintiff; Edward Rancher, verse Hubbell Power Systems Inc., and the Union (for page 6 of 7 V. under Relief, my written documentation)
Wednesday, 12/09/2020

I am, Unable to give amounts of actual damages at this time, (for claimed for the acts alleged, and the basis for these amounts to date), until up on the type of Legal counsel, I will have; will discuss this area with them then, for them to provide this back to the Courts, at this time. I will request the maximum.

I've given Hubbell 10 faithful years, age 52 I was over looked for promotion, (position given to a younger employer who just came to Hubbell); I protected Hubbell from liability by diffusing situations between employees on the job, that could have gotten media attention against Hubbell; The Union did not represent me, protect me, obtained nor provided to me "any" written accusations made by anyone, nor have given to me in writing the reason why they terminated me; they allowed a less than 1 year employee come in, dismantle, destroy the lives , trust of many; Hubbell without any consideraton to those who take a job to provide for their families (when I applied for the job, 10 years ago, no discussion was given that, "they did not tell me, we are hiring you because we like you or, do not like you); Hubbell allowed Kiara & the Union Rep. to damage/tarnish my character & wrongfully terminated me & to prevent me from gaining any further future employment by (putting this black mark against me, that I will have to explain for the rest of my life) saying/stating falsely accusing me of sexual harassment!

*Edward Rancher*
12-9-2020

EEOC Form 161 (11/16)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Edward Rancher<br>857 Torrey Pines Circle<br>Center Point, AL 35215 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street South<br>Birmingham, AL 35205 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2020-02925 | RICHARD W. MUSGRAVE,<br>Investigator | (205) 651-7014 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

Sheri Guenster /for    SEP 2 2 2020

Digitally signed by Sheri Guenster
DN: cn=Sheri Guenster, o=EEOC, ou=Birmingham District Office, email=sheri.guenster@eeoc.gov, c=US
Date: 2020.09.18 13:18:18 -05'00'

| Enclosures(s) | BRADLEY A. ANDERSON,<br>District Director | *(Date Mailed)* |
|---|---|---|

cc: **HUBBELL POWER SYSTEMS, INC.**
c/o: Nicole Najam, Chief Employment Counsel
40 Waterview
Shelton, CT 06484

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

|  |  |  |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>420-2020-02925 |

and EEOC
_State or local Agency, if any_

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| MR. EDWARD RANCHER | (205) 478-7495 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 857 TORREY PINES CIRCLE, CENTER POINT, AL 35215 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| HUBBELL POWER SYSTEMS, INC. | 501+ | (205) 702-3109 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1615 MOORE STREET, LEEDS, AL 35094 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code |
|---|---|
|  |  |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-23-2020    Latest: 07-23-2020

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I am an African American individual. I was hired by the above-named employer in February 2011 as a Forklift Driver. In February 2020 an opening for a Lead Person position became available and I applied. In March 2020, the position was given to another individual, Kiara (LNU), African American, (a disgruntled demoted employee who has several complaints against her from other employees, she used the Union Rep, Company HR & Temps to set me up, out of revenge, because I won my grievance and was awarded the Lead position May 2020) employee who had less time with the company than me. I filed a grievance that same month and in or around May 4, 2020, I was advised that I had won my grievance and was promoted to the Lead Person position. Once in the position I was only trained by Marcus Bridge, African American, for two weeks. After the two weeks I would seek out assistance from my supervisor, John Bernard, who is White, (who one day told me to kiss his ass, he has several complaints against him, by other employees, I had to report this to HR, & an HR employee also witnessed John cursing out another employee) who really did nothing but try to sabotage me. On July 10, 2020, John Bernard, and Jennifer Jones, White, Human

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Edward Rancher on 09-01-2020 10:46 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>**420-2020-02925** |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

Resources, called me in to the office and demoted me and accused me of not doing my job. Afterwards I filed another grievance for the demotion. I went back to my old shift and went to work as normal. Sometime in or around July 15, 2020, I was working alongside a male and female temp employee who were talking about a side chick. I informed them that I was married and have 2 kids, and did not have a side chick. The following week I came in for my shift and was brought to the office and was told by Jennifer, John, Don Spratley, White, Manager, and Tom Quinn, White, Plant Manager, that I was being suspended, for three days, but was not given a reason why. I knew it had something to do with the two temp employees, but they did not elaborate. On or about August 17, 2020, I returned to work and, after I left work later that evening at home, I received a phone call from my employer who told me that I was terminated for sexual harassment, which I denied. I feel like they were falsely accusing me because I filed a grievance against John for my demotion. I feel as though this was a Wrongful Termination, Retaliation, Falsely Accused (he say, she say, they all twisted the conversation with the Temp to make it appear I made a sexual comment about someone, to use this against me, to fire me. I was subjected to being falsely accused. I have been wrongfully terminated, subjected to being falsely accused, and the disclosure of my communication pass from Union Rep (who suppose represent employees) back and forth to a disgruntled female employee who was demoted from the Lead position, harassment, retaliated against; ( for some mess of he say, she say stuff, by a Temp who twisted my conversation against me, with their witness who was in place in the area to vouch for them). Monday, 08/31/2020; My Employer is trying to put a black mark against me; by labeling me under sexual harassment; they all conspired together trying to ruin my character, reputation and to prevent me from any future employment, anywhere; this is also their way to shut me up, to silence me, and to get me out the door of, Hubbell.

I believe that I have been retaliated and discriminated against because of my race (African American), in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Edward Rancher on 09-01-2020 10:46 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

•          •          •          •          •          •